**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JAMES ANTHONY LYONS #10004318/130183** | **CASE NO. 2:25-CV-00928 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SHERIFFS DEPT CALCASIEU PARISH ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Request for Temporary Restraining Order (Doc. 12) is **DENIED.**

**THUS DONE AND SIGNED** in chambers on this 25th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**